IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

TERRY BEVILL,                                §
                                             §
     Plaintiff,                        §
                                             §
v.                                           §
                                             §
                                             §
CITY OF QUITMAN, TEXAS; CITY OF              §
QUITMAN POLICE DEPARTMENT;                   §        CIVIL ACTION NO.4:19-cv-00406
TOM CASTLOO, Wood County Sheriff;            §
DAVID DOBBS, City of Quitman Mayor;          §
JAMES "JIM" WHEELER, Former Wood             §
County District Attorney;                    §
JEFFREY FLETCHER, and                        §
WOOD COUNTY, TEXAS                           §
                                             §
     Defendants.                       §

**PLAINTIFF TERRY BEVILL'S SUPPLEMENTAL MOTION FOR USE OF JURY QUESTIONNAIRE**

TO THE HONORABLE AMOS L. MAZZANT, III:

Plaintiff Terry Bevill hereby submits his Supplemental Motion for Use of Jury Questionnaire, and respectfully shows the Court as follows:

1.     In accordance with the Court's instructions at the Pretrial Conference, Plaintiff circulated the potential questionnaire for feedback from all Defendants.

2.     Counsel for Wood County and Tom Castloo provided suggested additions, which have been incorporated and re-circulated.

3.     Plaintiff believes Defendants agree, as no Defendants have expressed any objections.   After recirculating for additional comments, the Defendants have moved to stay the trial proceedings.  Plaintiffs are submitting the attached in compliance with the Court's deadline given at the Pretrial Conference.

4.     Plaintiff requests that the Court authorize the attached Jury Questionnaire.

**PLAINTIFF'S MOTION FOR USE OF JURY QUESTIONNAIRE** – Page 1

Respectfully submitted,

**SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, LLP**

*/s/ Laura Benitez Geisler*

_____
Laura Benitez Geisler
State Bar No. 24001722
lgeisler@textrial.com
Sean J. McCaffity
State Bar No. 24013122
smccaffity@textrial.com
Jody Rodenberg
State Bar No. 24073133
jrodenberg@textrial.com
Rebecca L. Neumann
State Bar No. 24104455
rneumann@textrial.com
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX  75219
Telephone: 214/720-0720
Facsimile: 214/720-0184

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify this 1st day of June, 2023 that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5.  Therefore, this document was served on all counsel via electronic service.

*/s/ Laura Benitez Geisler*
Laura Benitez Geisler