# Exhibit A

**Name:** _____    **Age:** _____    **Gender:** ☐ Male ☐ Female

**Address**: _____

1.  **What is your current marital status?** ☐ Single ☐ Married ☐ Living with Significant Other ☐ Separated ☐ Divorced ☐ Widowed ☐ Other _____

2.  **Do you have any children/step-children?** ☐ Yes ☐ No
    If yes, how many? _____ What are their ages? _____

3.  **Do you own, rent, or live with family/friends at no cost?** ☐ Own ☐ Rent ☐ Live with family/friends

4.  **What is the last level of education you have completed?** *Please check only one.*

    ☐ Grade School ☐ Less than High School ☐ High School Diploma / GED ☐ Some College

    ☐ Trade/Technical School ☐ Associates Degree ☐ College Degree ☐ Post-graduate Degree

    If any college education, what was your field of study, and what degree(s) do you hold? _____

    _____

5.  **What is your current employment status?** ☐ Full-time ☐ Part-time ☐ Self-employed ☐ Retired

    ☐ Student ☐ Homemaker ☐ Unemployed ☐ Retired ☐ Disabled ☐ Other _____

6.  **Please list your job history for the last ten (10) years.  Please begin with the most recent.** *If you've never been employed outside of the home, write the word NONE across the chart. If you need additional space, please use the back of this page.*

    | Years | Employer | Industry | Job Title | Duties/Responsibilities |
    |-------|----------|----------|-----------|--------------------------|
    | -to-  |          |          |           |                          |
    | -to-  |          |          |           |                          |
    | -to-  |          |          |           |                          |

7.  **Have you ever had a responsibility to <u>supervise and/or evaluate</u> employees?** ☐ Yes ☐ No

    **Have you ever had a responsibility to <u>investigate or mediate</u> workplace conflict?** ☐ Yes ☐ No

    **Have you ever had a responsibility to <u>hire, fire, promote, or transfer</u> employees?** ☐ Yes ☐ No

8.  **What is your spouse or partner's current (or most recent) employer and job title:** _____
    _____

9.  **Have you (or someone close to you) ever owned a business?** ☐ Yes, myself ☐ Yes, someone else ☐ No
    If yes, what kind of business? _____ How many employees? _____
    How long has it been operating? _____ If no longer open, why did it close? _____

10. **Have you (or someone close to you) ever served in the military?** ☐ Yes, myself ☐ Yes, someone else ☐ No
    If yes, what branch and rank? _____

11. **Have you (or someone close to you) ever run for an elected office?** ☐ Yes, myself ☐ Yes, someone else ☐ No
    If yes, please describe: _____

**Signature** _____    **Date:** _____

*My signature indicates that my answers on this questionnaire are true and correct, to the best of my knowledge.*

**12. Do you (or someone close to you) have training, education, or experience in any of the following areas?**
*Check all that apply.*

☐ Law Enforcement
☐ County-level Agency or Employment
☐ City-level Agency or Employment
☐ State-level Agency or Employment
☐ Federal Agency or Employment
☐ Politics

☐ Security / Patrol Services
☐ Jail / Prison Services
☐ Lawyer / Law Firm / Legal Services
☐ Judicial System (support staff)
☐ Judge
☐ District Attorney (D.A.) / Assistant D.A.
☐ City Council

☐ Board of Directors
☐ Education
☐ Human Resources / Employee Assistance
☐ The Press / Media (television, newspaper, etc.)
☐ Fundraising
☐ Mental Health / Counseling
☐ Medical Services / Healthcare

**13. As an adult, have you (or someone close to you) ever been terminated from a job?** ☐ Yes ☐ No
If yes, looking back, do you think the termination was fair? ☐ Yes ☐ No

**14. Have you ever been placed on an employee performance improvement plan (PIP)?** ☐ Yes ☐ No

**15. Please rank your feelings about each of the statements below. There are no wrong or right answers.**
*Circle the number that best matches your level of agreement at this point in time.*

| Statement | Strongly Disagree | | | | | | | | Strongly Agree | |
|---|---|---|---|---|---|---|---|---|---|---|
| People have a right to share their opinion publicly. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Policies and procedures in a work environment should always be followed. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| The United States judicial system is very fair. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| I can tell if something is true or false as soon as I hear it. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| I tend to make important decisions based on feelings more than facts. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| I only know what happens in the court system if I hear about it in the news. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| People pay attention to what I say. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| I am generally suspicious of the government. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Sometimes bad things happen to good people, and nobody is to blame. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**16. Have you ever filed a lawsuit?** ☐ Yes ☐ No, but I've thought about it ☐ No
If yes, please explain the circumstance: _____

**17. Have you (or someone close to you) ever been sued?** ☐ Yes ☐ No
If yes, please explain the circumstance: _____

**18. Have you ever filed an Affidavit or a Declaration with a court of law?** ☐ Yes ☐ No
If yes, please explain the circumstance: _____

**19. Have you ever given testimony in a court proceeding?** ☐ Yes ☐ No
If yes, please explain the circumstance: _____

**20. Have you ever been sworn in to serve as a juror?** ☐ Yes ☐ No
If yes, what type of case(s)? ☐ Civil ☐ Criminal
Were you the foreperson? ☐ Yes ☐ No

**21. Have you (or someone close to you) ever worked for the City of Quitman, Texas or Wood County, Texas?**
☐ Yes, myself  ☐ Yes, someone else  ☐ No

**22. Have you ever written a letter to the editor, or filed a complaint with the Better Business Bureau?** ☐ Yes ☐ No

**Signature** _____    **Date:** _____

*My signature indicates that my answers on this questionnaire are true and correct, to the best of my knowledge.*