IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TERRY BEVILL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CITY OF QUITMAN, TEXAS; CITY OF | § | |
| QUITMAN POLICE DEPARTMENT; | § | CIVIL ACTION NO.4:19-cv-00406 |
| TOM CASTLOO, Wood County Sheriff; | § | |
| DAVID DOBBS, City of Quitman Mayor; | § | |
| JAMES "JIM" WHEELER, Former Wood | § | |
| County District Attorney; | § | |
| JEFFREY FLETCHER, and | § | |
| WOOD COUNTY, TEXAS | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S SUPPLEMENTAL MOTION FOR USE OF JURY QUESTIONNAIRE

The Court, after considering Plaintiff's Supplement Motion for Use of Jury Questionnaire, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Use Jury Questionnaire is GRANTED. (Doc. No. 255).