# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 8, 2023
Lyle W. Cayce
Clerk

No. 23-40320

_____

In re City of Quitman, Texas; Thomas Castloo, *Wood County Sheriff*; David Dobbs, *City of Quitman Mayor*; James Wheeler, *Former Wood County District Attorney*; Jeffrey Fletcher; Wood County, Texas,

*Petitioners.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-406

_____

UNPUBLISHED ORDER

Before King, Jones, and Smith, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the emergency petition for writ of mandamus is DENIED AS MOOT.

IT IS FURTHER ORDERED that the motion to stay district court proceedings is DENIED AS MOOT.