# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TERRY BEVILL | § | |
| | § | Civil Action No.  4:19cv406 |
| v. | § | Judge Mazzant |
| | § | |
| CITY OF QUITMAN, TEXAS, ET AL. | § | |

## ORDER

The Court hereby resets the Jury Selection and Trial of this case before the undersigned, as follows:

| EVENTS | DEADLINES |
|---|---|
| **Jury Selection/Trial** | **10:00 a.m.** on **Monday, September 9, 2024,** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Room 208, Sherman, Texas  75090 |

IT IS SO ORDERED.

SIGNED this 19th day of August, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE