IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TERRY BEVILL, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19cv406 |
| | § | |
| CITY OF QUITMAN, TEXAS; | § | JURY DEMANDED |
| TOM CASTLOO, Wood County Sheriff; | § | |
| DAVID DOBBS, City of Quitman Mayor; | § | |
| JAMES "JIM" WHEELER, Former Wood | § | |
| County District Attorney; | § | |
| JEFFREY FLETCHER, and | § | |
| WOOD COUNTY, TEXAS, | § | |
| *Defendants.* | § | |

### ORDER DENYING DEFENDANTS TOM CASTLOO AND WOOD COUNTY, TEXAS' OPPOSED MOTION FOR CONTINUANCE

Before the Court is Defendants Tom Castloo and Wood County,Texas' Opposed Motion for Continuance (Dkt. #275).  After consulting with the Honorable Roy S. Payne, the Court hereby **DENIES** the motion for continuance.  This case will proceed to trial as set forth in the Court's August 19, 2024 Order (Dkt. #271).

**IT IS SO ORDERED.**

SIGNED this 22nd day of August, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE