THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DVISION

DATE   09/09/2024

| **DISTRICT JUDGE**<br>**Amos L. Mazzant, III** | **COURT REPORTER:** Chris Bickham<br>**COURTROOM DEPUTY:**   Keary Conrad |
|---|---|
| TERRY BEVILL<br><br>V.<br><br>CITY OF QUITMAN, et al | CASE NUMBER 4:19-CV-406 |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| Jody Leigh Rodenberg, Rebecca Neumann, Sean Joseph McCaffity, Laura Benitez Giesler | **Lance Vincent** - City of Quitman and David Dobbs;<br>**Grant Blaies, James Hryekewicz**   - James Wheeler<br>**Robert Davis / Robin O'Donohue**- Tom Castloo and Wood County<br>**Brianna Krominga and William David Wassdorf** - Judge Jeffrey Fletcher |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Jury Trial – Day 1 |
|---|---|
| 8:56 am | Court in session.   Mr. Blaies addressed issue, reurging previous objection, response by Mr. McCaffity.   Ms. Krominga also addressed the court.   Discussion ensued. |
| 9:08 am | Jury in and seated. |
| 9:09 am | Plaintiff opening statement – Sean McCaffity. |
| 9:45 am | Plaintiff opening concludes. |
| 9:46 am | Defendant opening statement, Lance Vincent, for City of Quitman/Dobbs. |
| 10:13 am | Defendant opening statement, Robert Davis for Wood County/Castloo. |
| 10:40 am | Mr. Davis concludes. |
| 10:40 am | Defendant opening statement, Grant Blaies, for Jim Wheeler. |
| 10:55 am | Defendant opening statement, Brianna Krominga, for Jeffrey Fletcher. |
| 11:02 am | Opening statements are concluded.   Jury in recess for break. |
|  | Mr. McCaffity addresses issue. |
| 11:04 am | Court in recess for 15 minutes-. |
| 11:21 am | Court in session, jury seated. |
| 11:22 am | Plaintiff witness   Terry Bevill, sworn in.   Direct by Ms. Geisler. |
| 11:55 am | Obj made by Mr. Davis.   Jury in recess for lunch. |
|  | Court responded.   Court will look at exhibits objected to during lunch. |
| 12:01 pm | Court in recess until 1:05 pm. |
| 1:04 pm | Court in session regarding exhibits. |
|  | Mr. Wassdorf for Fletcher invokes the Rule. |

| | |
|---|---|
| 1:07 pm | Jury in and seated. |
| 1:08 pm | Direct examination of Mr. Bevill continues. |
| 2:56 pm | Jury in recess for break. |
| | Court addressed matter with counsel. |
| 2:58 pm | Court in recess for break. |
| 3:15 pm | Court in session, jury seated.   Cross examination of Mr. Bevill by Mr. Vincent. |
| 3:44 pm | Bench conference requested by Mr. Vincent. |
| 3:56 pm | Bench conference concluded. |
| 4:30 pm | Cross examination by Mr. Davis. |
| 5:00 pm | Jury in recess for the day.   Mr. Davis addresses issue with the court.   Discussion ensued. |
| 5:08 pm | Court is in recess. |
| | |
| | **Admitted Plaintiff Exhibits**:   68, 1, 79, 7, 2, 23, 8, 32, 83, 84<br>**Admitted Defendant Exhibits**:   1<br>**Plaintiff Time Used**: 2:31<br>**Defendants Time Used**: 00:47 |

**DAVID O'TOOLE, CLERK**

BY:   *Debbie McCord*

Courtroom Deputy Clerk