# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| TERRY BEVILL, § | |
| § | |
| *Plaintiff,* § | |
| v. § | Civil Action No. 4:19-cv-00406 |
| § | Judge Mazzant |
| CITY OF QUITMAN, TEXAS; TOM § | |
| CASTLOO, Wood County Sheriff; DAVID § | |
| DOBBS, City of Quitman Mayor; JAMES § | |
| "JIM" WHEELER, Former Wood County § | |
| District Attorney; JEFFREY FLETCHER; § | |
| and WOOD COUNTY, TEXAS § | |
| § | |
| *Defendants.* § | |

## FINAL JUDGMENT

In conformity with the jury verdict delivered on September 19, 2024, the Court enters judgment in favor of Plaintiff Terry Bevill.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff Terry Bevill's speech motivated Defendant David Dobbs's decision to terminate him from the Quitman Police Department;

2. Defendants Tom Castloo, James Wheeler, Jeffrey Fletcher, David Dobbs, and the City of Quitman participated in a conspiracy to terminate Plaintiff Terry Bevill in retaliation for exercising his First Amendment free-speech right;

3. Defendant the City of Quitman maintained a policy, custom, or practice that was the moving force leading to the decision to terminate Plaintiff Terry Bevill in retaliation for exercising his First Amendment free-speech right; and

4. Defendant Wood County, Texas did not maintain a policy, custom, or practice of retaliation, intimidation, or oppression, in contravention of the First Amendment that

was the moving force leading to the decision to terminate Plaintiff Terry Bevill in retaliation for exercising his First Amendment free-speech right.

In accordance with the jury's finding of no liability as to Defendant Wood County, Texas on the sole cause of action levied against it, the Court enters judgment in favor of Defendant Wood County, Texas. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Terry Bevill's claims against Defendant Wood County, Texas are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Terry Bevill shall have and recover of and from Defendants compensatory damages as follows:

1. $5,000,000.00 as actual damages, the impairment of reputation in the past;
2. $1,000,000.00 as actual damages, impairment of reputation in the future;
3. $5,000,000.00 as actual damages, personal humiliation in the past;
4. $1,000,000.00 as actual damages, personal humiliation in the future;
5. $5,000,000.00 as actual damages, mental anguish and suffering in the past; and
6. $1,000,000.00 as actual damages, mental anguish and suffering in the future.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that the damages caused by Defendants Tom Castloo, James Wheeler, Jeffrey Fletcher, and David Dobbs against Plaintiff Terry Bevill resulted from malice or reckless indifference.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Terry Bevill shall have and recover of and from Defendants punitive damages as follows:

1. $750,000.00 against Defendant Tom Castloo;
2. $1,000,000.00 against Defendant James Wheeler;
3. $1,500,000.00 against Defendant Jeffrey Fletcher; and

  4. $100,000.00 against Defendant David Dobbs.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Terry Bevill is hereby awarded $21,350,000.00, plus pre-judgment interest, from June 3, 2019, to the entry of this Final Judgment, plus post-judgment interest under 28 U.S.C. § 1961.

The Court retains jurisdiction over the parties to enforce any and all aspects of this Judgment. This Judgment is entered subject to, and without waiving, any post-trial issues that may be raised in post-trial motions by any party, including requests for costs, attorneys' fees, injunctive relief, judgment as a matter of law, and such other and further relief as may be just and proper.

**SIGNED this 5th day of November, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE